IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:15-cv-01068-LTB-KLM

SEAN TRUJILLO,

    Plaintiff

v.

WAL-MART STORES, INC.,

    Defendants.

---

**STIPULATED RULE 502(d) ORDER**

---

The production of privileged or work-product protected information or documents, regardless of whether produced in hard copy or as electronically stored information ("ESI"), whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

                      Respectfully submitted,

                      */s/ Charles G. Crichton*
                      Charles G. Crichton
                      Stephen C. Kaufman
                      Jennifer L. Crichton

Kidneigh & Kaufman, P.C.
730 17th Street, Suite 635
Denver, Colorado 80202
Telephone - (303) 393-6666
Fax: (303) 393-0132
E-mail: skaufman@kandkpc.com
E-mail: ccrichton@kandkpc.com
E-mail: jcrichton@kandkpc.com
**ATTORNEYS FOR PLAINTIFF**


*/s/ Ashley R. Larson*
Debra K. Sutton, Esq.
Ashley R. Larson, Esq.
Sutton Booker P.C.
26 W. Dry Creek Circle, Suite 375
Littleton, CO 80120
Telephone: 303-730-6204
FAX: 303-730-6208
Email: dsutton@suttonbooker.com
Email: alarson@suttonbooker.com
**ATTORNEYS FOR DEFENDANT**

**SO ORDERED**

Dated: August 3, 2015

_____
Hon. Kristen L. Mix
United States Magistrate Judge