IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01068-LTB-KLM

SEAN TRUJILLO,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion for Rule 35 Examination** [#24][1] (the "Motion"). Pursuant to Fed. R. Civ. P. 35(a), the court may order "a party whose mental or physical condition . . . is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner . . . on motion for good cause." Having reviewed the unopposed Motion, the Court finds that Defendant has provided good cause for a Rule 35 physical examination. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**. Thus,

IT IS FURTHER **ORDERED** that Plaintiff's Rule 35 physical examination shall be performed by Dr. Rajesh Bazaz ("Dr. Bazaz"), an orthopedic surgeon at Western Orthopaedics, P.C., on February 19, 2016, at 12:00 p.m. at the office of Dr. Bazaz located

---

[1] "[#24]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

at Western Orthopaedics, P.C., 1830 Franklin Street, Suite 450, Denver, Colorado 80218. Plaintiff shall be responsible for any reasonable costs or expense resulting from his missing or failure to attend this examination.

| | |
|---|---|
| Dated:  February 18, 2016 | BY THE COURT:<br><br>*signature*<br><br>Kristen L. Mix<br>United States Magistrate Judge |